**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

JOHN MILLS
jtmills@grsm.com
Direct (212) 453-0778

TALYSIA FRANCIS
tfrancis@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

December 5, 2025

**VIA ECF**
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Effiong Eyo, et al. v. DocGo Inc., et al.*
             Case No. 1:25-CV-01438 (FB) (TAM)

Dear Judge Block:

    This office represents defendants DocGo Inc. ("DocGo"), Rapid Reliable Care NY by DocGo, LLC ("Rapid Reliable Care NY"), and Rapid Reliable Care by DocGo, LLC ("Rapid Reliable Care") (collectively, "Defendants") in the above-referenced matter. We write jointly with Plaintiffs' counsel pursuant to the Court's November 5, 2025 Order to advise the Court that the Parties require additional time to finalize the necessary closing documents. Accordingly, the Parties respectfully jointly request that the Court issue an order extending the deadline for the filing of dismissal paperwork until January 16, 2026.

    We thank the Court for its attention to this matter and are available to provide any additional information the Court may require.

    We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              GORDON REES
                              SCULLY MANSUKHANI, LLP

                              */s/ John T. Mills*
                              John T. Mills, Esq.
                              Talysia Francis, Esq.
                              *Attorneys for Defendants*

CC:    All counsel of record via ECF